**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

IN RE: EYEWEAR ANTITRUST LITIGATION            MDL No. 3091

(SEE ATTACHED SCHEDULE)

**ORDER DEEMING MOTION MOOT
AND VACATING THE JANUARY 25, 2024, HEARING SESSION ORDER**

     Before the Panel is a motion filed by defendants Costa del Mar, Inc., *et al.*, seeking centralization of the actions on the attached schedule, pursuant to 28 U.S.C. § 1407, in the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings. The Panel has now been advised that the listed actions pending outside the District of Minnesota have been voluntarily dismissed, thus depriving this litigation of its multidistrict character.

     IT IS THEREFORE ORDERED that the motion filed by defendants Costa del Mar, Inc., *et al.*, for transfer under 28 U.S.C. § 1407 is DEEMED MOOT.

     IT IS FURTHER ORDERED that the Hearing Session Order and attached Schedule filed on December 15, 2023, are VACATED insofar as they relate to this matter.

                                                                   FOR THE PANEL:

                                                                   Tiffaney D. Pete
                                                                   Clerk of the Panel

IN RE: EYEWEAR ANTITRUST LITIGATION                                    MDL No. 3091

## SCHEDULE A

| **DIST** | **DIV.** | **C.A. NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA NORTHERN | | | |
| CAN | 3 | 23−03626 | Fathmath v. EssilorLuxottica S.A. et al |
| MINNESOTA | | | |
| MN | 0 | 23−03065 | Morgan v. EssilorLuxottica S.A. et al |
| MN | 0 | 23−03082 | Jonas et al v. EssilorLuxottica S.A. et al |